JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAOPING YANG, <br><br> Plaintiff, <br><br> v. <br><br> KATHY BARAN, *Director, California Service Center, United States Citizenship and Immigration Services*, *et al.*, <br><br> Defendants. | Case No. 8:16-CV-02099-DOC-KES <br><br><br> ORDER [10] |

Based on the Parties' stipulation, the Court DISMISSES Plaintiff's complaint with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED.

DATED: January 5, 2017

_____
Hon. David O. Carter
United States District Judge